UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|             ) | |
|         v.        ) | Criminal No: 24-cr-10233-MJJ |
|             ) | |
| KATHERINE REYNOLDS,   ) | |
|     Defendant.     ) | |

**STATUS REPORT**

Pursuant to the Court's order at ECF No. 32, the parties hereby file the following status report in advance of the status conference scheduled for February 27, 2025. The parties do not anticipate filing any motions and there are no disputes regarding discovery at this time. The parties will be seeking a trial date, but there is a possibility that Defendant requests a Rule 11 hearing before trial.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>LEAH B. FOLEY<br>UNITED STATES ATTORNEY</td><td>KATHERINE REYNOLDS</td></tr>
<tr><td><i>/s/ Brian J. Sullivan</i><br>Brian J. Sullivan<br>Assistant United States Attorney<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel: 617-748-3100<br>brian.sullivan@usdoj.gov</td><td><i>/s/ Julie-Ann Olson</i><br>Julie-Ann Olson<br>Federal Public Defender's Office<br>51 Sleeper Street, 5th Floor<br>Boston, MA 02210<br>Tel: 617-223-8061<br>Julie-Ann_Olson@fd.org</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 25, 2025.

                                                */s/ Brian J. Sullivan*
                                                Brian J. Sullivan